IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                1:19-cr-00587-JMC

DOMINIC CHRISTOPHER CHILDERS,

      Defendant.

## ORDER DIRECTING THE GOVERNMENT TO RESPOND

Defendant moved for compassionate release on June 30, 2025 (Doc. No. 53). The Court ORDERS the government to respond to the motion on or before **July 30, 2025**.

IT IS SO ORDERED.

Entered for the Court
this the 23rd day of July, 2025

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation